AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00200 |
| | ) | Assigned to: Judge Harvey, G. Michael |
| Darnell Dyson | ) | Assign Date: 2/4/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 3, 2021_____ in the county of _____ in the _____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession or Receipt of A Firearm or Ammunition By A Prohibited Person |

This criminal complaint is based on these facts:

See attached statement of facts, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Doyle, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: _____02/04/2021_____

G.MICHAEL HARVEY, U.S. Magistrate Judge

*Judge's signature*

City and state: _____Washington, D.C._____

*Printed name and title*